# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID G. RAY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV199 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GILBERT G. LUNDSTROM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Suggestion of Bankruptcy (Filing No. 11). The defendant Gilbert G. Lundstrom filed the suggestion based on the Chapter 7 bankruptcy filing on June 24, 2010, of the defendant TierOne Corporation. The filing was made in the District of Nebraska and is designated BK10-41974. Upon consideration,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 8th day of July, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge