IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | BK 10-41974-TLS |
| TIERONE CORPORATION, | ) | A10-4066-TLS |
| | ) | |
| Debtor(s). | ) | |
| | ) | |
| DAVID G. RAY, Individually and on behalf of all others similarly situated, and GABRIEL D'SOUZA, | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | 8:10CV199 |
| | ) | |
| v. | ) | |
| | ) | |
| GILBERT G. LUNDSTROM, MICHAEL J. FALBO, TIERONE CORPORATION, EUGENE B. WITKOWICZ, and CHARLES W. HOSKINS, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Report and Recommendation of Chief Bankruptcy Judge Thomas L. Saladino, Filing No. 20. There are no objections to the Report and Recommendation pursuant to NEGenR 1.5(b)(2). The court finds that pursuant to 28 U.S.C. § 157(d) and NEGenR 1.5(b)(2) and for good cause shown that the Report and Recommendation should be adopted in its entirety.

IT IS ORDERED:

1. The Report and Recommendation of Chief Bankruptcy Judge Thomas L. Saladino, Filing No. 20, is adopted in its entirety.

2. The referral of this case to the Bankruptcy Court for the District of Nebraska is withdrawn.

DATED this 30th day of September, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge