**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **DAVID G. RAY, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:10CV199 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **TIERONE CORPORATION, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Motion of the Valentino Group for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel in Shareholder Class Action (Filing No. 21). The court has withdrawn this case's referral to the Bankruptcy Court for the District of Nebraska. The parties may now proceed on the merits in the district court. Accordingly,

**IT IS ORDERED:**

1. The Motion of the Valentino Group for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel in Shareholder Class Action (Filing No. 21) is held in abeyance.

2. The non-movants shall have to **on or before October 8, 2010**, to file any response or objection to the motion of the Valentino Group.

DATED this 1st day of October, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge