# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DAVID G. RAY, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:10CV199 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **TIERONE CORPORATION, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Motion of the Valentino Group of Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel in Shareholder Class Action (Filing No. 21). The court allowed any non-movant to file a response by October 8, 2010. **See** Filing No. 27. No objections or responses were filed. Upon consideration and after review of the record in this matter,

**IT IS ORDERED:**

The Motion of the Valentino Group of Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel in Shareholder Class Action (Filing No. 21) is granted.

1. The Valentino Group and each of its members shall serve as Lead Plaintiff in this action.
2. The Valentino Group's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation is affirmed.

DATED this 12th day of October, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge