IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID G. RAY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:10CV199 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TIERONE CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Joint Motion to Approve Agreed Schedule for Initial Progress of Case (Filing No. 32). Upon consideration and for good cause shown,

**IT IS ORDERED:**

The parties' Joint Motion to Approve Agreed Schedule for Initial Progress of Case (Filing No. 32) is granted as follows.

1. Lead Plaintiff shall have until **January 31, 2011**, to file an amended complaint.

2. The defendants shall have until **March 17, 2011**, to answer or otherwise respond to the amended complaint.

3. If the defendants file a motion to dismiss the amended complaint, the Lead Plaintiff shall have until **May 2, 2011**, to file any opposition, and the defendants shall have until **May 23, 2011**, to file any reply.

4. The parties shall file their planning report pursuant to Fed. R. Civ. P. 26(f) **within thirty days** of the earlier of the defendants filing an answer to the amended complaint or the court's ruling on the defendants' motion to dismiss.

DATED this 27th day of October, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge