IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID G. RAY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:10CV199 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TIERONE CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| and | ) | |
| DOUGLAS L. STEJSKAL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3177 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GILBERT G. LUNDSTROM, | ) | |
| | ) | |
| Defendant. | ) | |
| and | ) | |
| DOUGLAS L. STEJSKAL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV332 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAMES A. LAPHEN, | ) | |
| | ) | |
| Defendant. | ) | |

Upon joint notice of settlement given to the court on December 5, 2011, by counsel for the parties (Filing No. 85 in case 8:10CV199),

**IT IS ORDERED that:**

1. **On or before February 6, 2012**, the parties shall move for preliminary approval of a class settlement or file a joint stipulation for dismissal (or other dispositive

stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

     2.     Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

     3.     All pending motions shall be terminated upon the representation that this case is settled.

     DATED this 5th day of December, 2011.

                                                  BY THE COURT:

                                                  s/ Thomas D. Thalken
                                                  United States Magistrate Judge