IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID G. RAY, Individually and on behalf of all others similarly situated; GABRIEL D'SOUZA, VALENTINO GROUP, <br><br>        Plaintiffs, <br><br>v. <br><br>GILBERT G. LUNDSTROM, MICHAEL J. FALBO, TIERONE CORPORATION, EUGENE B. WITKOWICZ, CHARLES W. HOSKINS, JAMES A. LAPHEN, <br><br>        Defendants. <br>_____ | **8:10CV199** <br><br>**ORDER** |
| DOUGLAS L. STEJSKAL, <br><br>        Plaintiff, <br><br>v. <br><br>GILBERT G. LUNDSTROM, <br><br>        Defendant. <br>_____ | **4:10CV3177** |
| DOUGLAS L. STEJSKAL, <br><br>        Plaintiff, <br><br>v. <br><br>JAMES A. LAPHEN, <br><br>        Defendant. | **8:10CV332** |

      This matter is before the court on its own motion. These are consolidated cases for violations of federal securities laws. The court is in receipt of a letter request that the court forego consideration of the pending unopposed motion for preliminary approval of a class settlement (Filing No. 97) for 10 days. In the letter, counsel for defendant Hoskins represents that the parties anticipate filing a revised motion by the end of the week. The court construes the letter as an indication that the parties withdraw the pending motion. Accordingly,

2

IT IS ORDERED

1. The pending motion for preliminary approval of class settlement is denied as moot.

2. The parties shall file a revised motion for preliminary approval of class settlement within 10 days from the date of this order.

DATED this 16th day of May, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge