IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID G. RAY, Individually and on behalf of all others similarly situated; GABRIEL D'SOUZA, VALENTINO GROUP,<br><br>Plaintiffs,<br><br>vs.<br><br>GILBERT G. LUNDSTROM, MICHAEL J. FALBO, TIERONE CORPORATION, EUGENE B. WITKOWICZ, CHARLES W. HOSKINS, JAMES A. LAPHEN,<br><br>Defendants. | **8:10CV199**<br><br>**ORDER** |
| DOUGLAS L. STEJSKAL,<br><br>Plaintiff,<br><br>vs.<br><br>GILBERT G. LUNDSTROM,<br><br>Defendant. | **4:10CV3177**<br><br>**ORDER** |
| DOUGLAS L. STEJSKAL,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES A. LAPHEN,<br><br>Defendant. | **8:10CV332**<br><br>**ORDER** |

IT IS ORDERED that the hearing on the motion for preliminary approval of class settlement is rescheduled before the undersigned in Courtroom No. 3, Roman Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **July 6, 2012, at 10:00 a.m. Attorneys and pro se plaintiff, Douglas Stejskal, may participate telephonically by contacting chambers (402/661-7302) at least 24 hours before the hearing.**

DATED this 12th day of June, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge