# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID G. RAY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>TIERONE CORPORATION, GILBERT G. LUNDSTROM, EUGENE B. WITKOWICZ, MICHAEL J. FALBO, AND CHARLES W. HOSKINS,<br><br>Defendants. | Case No. 8:10-cv-00199<br><br>**LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION** |
| DOUGLAS L. STEJSKAL,<br><br>Plaintiff,<br><br>v.<br><br>GILBERT G. LUNDSTROM,<br><br>Defendant. | Member Case No. 4:10-cv-3177 |
| DOUGLAS L. STEJSKAL,<br><br>Plaintiff,<br><br>v.<br><br>JAMES A. LAPHEN,<br><br>Defendant. | Member Case No. 8:10-cv-332 |

Lead plaintiffs Vincent Valentino, Raoul and Sharon Turcot, and Eric Follestad (collectively, the "Lead Plaintiffs"), through their attorneys, respectfully move this Court for an Order and Judgment**:**

(a) finally approving the class action settlement and plan of allocation; and

(b) for any other or further relief the Court deems just and proper.

In support of this Motion, Plaintiffs submit: (1) a Memorandum of Law dated September 25, 2012; and (2) Index of Exhibits. A [Proposed] Order and Final Judgment is attached as Exhibit 3 to the Index.

Dated: September 25, 2012                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/  Phillip Kim
Phillip Kim, Esq. (*pro hac vice*)
Christopher Hinton, Esq., #4113213
Laurence M. Rosen, Esq.(*pro hac vice*)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: chinton@rosenlegal.com
Email: lrosen@rosenlegal.com

Lead Plaintiffs' Counsel

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of September 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all CM/ECF participants and counsel of record.

In addition, I certify that on September 25, 2012 copies of the foregoing documents were mailed via United States first class regular mail to the following non CM/ECF participants:

Douglas J. Stejskal
PO Box 1222
Columbus, NE 68602

By: ___/s/ Phillip Kim___