IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID G. RAY, Individually and on behalf of all others similarly situated; GABRIEL D'SOUZA, VALENTINO GROUP,<br><br>Plaintiffs,<br><br>vs.<br><br>GILBERT G. LUNDSTROM, MICHAEL J. FALBO, TIERONE CORPORATION, EUGENE B. WITKOWICZ, CHARLES W. HOSKINS, JAMES A. LAPHEN,<br><br>Defendants. | Lead Case No. 8:10CV199<br><br>**JUDGMENT** |
| DOUGLAS L. STEJSKAL,<br><br>Plaintiff,<br>v.<br><br>GILBERT G. LUNDSTROM,<br><br>Defendant. | Member Case No. 4:10CV3177<br><br>**JUDGMENT** |
| DOUGLAS L. STEJSKAL,<br><br>Plaintiff,<br><br>v.<br><br>JAMES A. LAPHEN,<br><br>Defendant. | Member Case No. 8:10CV332<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Final Order of Approval entered this date,

IT IS ORDERED:

1. The Stipulation of Settlement (Filing No. 102, Ex. 1 in 8:10CV199; and Filing No. 62, Ex. 1 in 8:10CV332 and 4:10CV3177) is incorporated herein as if fully set

forth. All capitalized terms used herein shall have the same meanings as set forth and defined in the Stipulation of Settlement.

2. Judgment for attorneys' fees is entered in favor of the plaintiff Class and against the Individual Defendants in the amount of $1,033,333.00, plus interest, from the date of the establishment of the Settlement Fund to the date of payment, at the same rate as earned by the balance of the Settlement Fund. The attorneys' fees shall be paid to lead counsel, Rosen Law Firm, from the Settlement Fund in the manner set forth in the Stipulation of Settlement.

3. Judgment for costs and expenses is entered in favor of the plaintiff Class and against the Individual Defendants in the amount of $77,907.41, plus interest from the date of the establishment of the Settlement Fund to the date of payment, at the same rate as earned by the balance of the Settlement Fund. The expenses shall be paid to lead counsel, Rosen Law Firm, from the Settlement Fund in the manner set forth in the Stipulation of Settlement.

4. Judgment for time and expenses under 15 U.S.C. § 78u-4(a)(4) is entered in favor of Lead Plaintiff Vincent Valentino and against the Individual Defendants in the amount of $2,000.00, plus interest, from the date of the establishment of the fund to the date of payment, at the same rate as earned by the balance of the Settlement Fund, to be paid from the Settlement Fund in the manner set forth in the Stipulation of Settlement.

5. Judgment for time and expenses under 15 U.S.C. § 78u-4(a)(4) is entered in favor of Lead Plaintiffs Raoul and Sharon Turcot and against the Individual Defendants in the amount of $2,000.00, plus interest, from the date of the establishment

of the fund to the date of payment, at the same rate as earned by the balance of the Settlement Fund, to be paid from the Settlement Fund in the manner set forth in the Stipulation of Settlement.

6. Judgment for time and expenses under 15 U.S.C. § 78u-4(a)(4) is entered in favor of Lead Plaintiff Eric Follestad and against the Individual Defendants in the amount of $2,000.00, plus interest, from the date of the establishment of the fund to the date of payment, at the same rate as earned by the balance of the Settlement Fund, to be paid from the Settlement Fund in the manner set forth in the Stipulation of Settlement.

7. The Plaintiffs' claims against the Individual Defendants in these actions (the Lead Case and Member Cases) are dismissed with prejudice and without costs.

8. Pursuant to 15 U .S.C. § 78u-4(f)(7), the Court hereby permanently bars and enjoins any future claims for contribution arising out of this Action: (a) by any person or entity against the Individual Defendants; or (b) by the Individual Defendants against any person or entity other than a person or entity whose liability has been extinguished by the Settlement reached with the Individual Defendants.

9. The Clerk of Court is directed to mail a copy of this Judgment and the Memorandum and Final Order of Approval of Settlement by first class mail to: Douglas J. Stejskal, P.O. Box 1222, Columbus, NE 68602

DATED this 8th day of November, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge